1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE COURTHOUSE**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHAMCY ALGHAZZY, an Individual, doing business as SA SOFTWARE; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 5:15-cv-01443 BLF<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Proposed] Initial CMC Date**<br><br>Date:   ~~August 27, 2015~~<br>          September 3, 2015<br>Time:   1:30 P.M.<br>Joint Report: ~~August 20, 2015~~<br>                    -August 27, 2015 |

**[PROPOSED] ORDER**

The Court, having reviewed the Joint Stipulation to Continue Initial CMC, and good cause appearing hereby grants the joint request of the parties.  IT IS HEREBY ORDERED that the initial Case Management Conference set in this matter be continued from July 9, 2015 to ~~August 27, 2015 at 1:30 P.M. (with a Joint Report to be e-filed on or before August 20, 2015),~~

1  or, to **September 3, 2015 at 1:30 P.M.** (with a Joint Report to be e-filed on or before August 27,
2  2015).

3

4  **IT IS SO ORDERED.**

5  Dated: June 30, 2015

6  _____
7  HON. BETH LABSON FREEMAN
   United States District Judge
8  Northern District of California