JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
        E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
        E-mail: mchaney@johnsonpham.com
Jason R. Vener, SBN: 267941
        E-mail: jvener@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:     (818) 888-7540
Facsimile:     (818) 888-7544

Attorneys for Plaintiff
Adobe Systems Incorporated

Colby B. Springer (214868)
cspringer@lrrlaw.com
**LEWIS ROCA ROTHGERBER LLP**
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025
T: (650) 391-1394
F: (650) 687-8492

Christopher R. Liro *(admitted PHV)*
chris.liro@andruslaw.com
**ANDRUS INTELLECTUAL PROPERTY LAW, LLP**
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
T: (414) 271-7590
F: (414) 271-5770

Attorneys for Defendant
SHAMCY ALGHAZZY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

ADOBE SYSTEMS INCORPORATED, a
Delaware Corporation,

                    Plaintiff,

        v.

SHAMCY ALGHAZZY, an individual, doing
business as SA SOFTWARE; and DOES 1-10,
Inclusive,

                    Defendants.

Case No. 5:15-cv-01443 BLF

**STIPULATION OF THE PARTIES RE
PRE-TRIAL SCHEDULE AND
[PROPOSED] ORDER**

Honorable Beth Labson Freeman

## **STIPULATION RE PRE-TRIAL DATES**

WHEREAS, Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendant Shamcy Alghazzy ("Defendant"), through counsel, appeared before the Court at the September 3, 2015 Case Management Conference (Document 33); and

WHEREAS, the Court set forth the following Trial and Pre-Trial Dates (*See* Document 34):

**Scheduled Trial and Pre-Trial Dates**

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Hear Dispositive Motions | 12/15/2016 at 9:00 am |
| Final Pretrial Conference | 02/09/2017 at 1:30 pm |
| Trial | 03/06/2017 at 9:00 am |

WHEREAS, at the September 3, 2015 Case Management Conference the Court Ordered the Parties to meet and confer and stipulate to a Pre-trial schedule in accordance with the above Trial and Pre-Trial Dates scheduled by the Court. (Document 34)

WHEREAS, the Parties have previously stipulated to an ADR Completion Deadline for twenty-eight (28) days before the close of non-expert discovery. (Document 31)

NOW, THEREFORE, the parties, through counsel, hereby stipulate to the following additional Pre-Trial Dates:

**Proposed Additional Pre-Trial Dates**

| EVENT | DATE OR DEADLINE |
|---|---|
| ADR Completion Date: | August 30, 2016 |
| Non-Expert Discovery Completion Date: | September 27, 2016 |
| Designation and Disclosure of Experts (Non-Rebuttal): | October 18, 2016 |
| Dispositive Motion Filing Date: | November 1, 2016 |

| Designation and Disclosure of Experts (Rebuttal): | November 18, 2016 |
|---|---|
| Expert Discovery Completion Date: | January 6, 2017 |

**IT IS SO STIPULATED AND AGREED BY THE PARTIES.**

DATED:  September 17, 2015          JOHNSON & PHAM, LLP


By: /s/ Jason R. Vener
Jason R. Vener, Esq.
Attorneys for Plaintiff
Adobe Systems Incorporated

DATED:  September 17, 2015          **ANDRUS INTELLECTUAL PROPERTY LAW, LLP**


By: /s/ Christopher R. Liro
Christopher R. Liro
Attorney for Defendant
Shamcy Alghazzy

1

### [PROPOSED] ORDER

The Court, having reviewed the above stipulation of the parties and the Proposed Additional Pre-Trial Dates set forth therein, hereby ORDERS scheduled, the following Pre-Trial Dates and/or Deadlines:

**Additional Pre-Trial Dates**

| EVENT | DATE OR DEADLINE |
| --- | --- |
| ADR Completion Date: | August 30, 2016 |
| Non-Expert Discovery Completion Date: | September 27, 2016 |
| Designation and Disclosure of Experts (Non-Rebuttal): | October 18, 2016 |
| Dispositive Motion Filing Date: | November 1, 2016 |
| Designation and Disclosure of Experts (Rebuttal): | November 18, 2016 |
| Expert Discovery Completion Date: | January 6, 2017 |

**IT IS SO ORDERED.**

Signed this  18  day of  September, 2015

*Beth Labson Freeman*
_____

THE HONORABLE BETH LABSON FREEMAN

UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Johnson & Pham, LLP, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, California 91367.  On September 17, 2015, I served the within document(s):

STIPULATION OF THE PARTIES RE PRE-TRIAL SCHEDULE AND [PROPOSED] ORDER

☐      FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒      MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Woodland Hills, California addressed as set forth below.

☐      PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐      OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

Colby B. Springer
LEWIS ROCA ROTHGERBER LLP
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025

Christopher R. Liro
ANDRUS INTELLECTUAL PROPERTY LAW, LLP
100 East Wisconsin
Milwaukee, WI 53202

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on September 17, 2015, at Woodland Hills, California.

/s/ Catherine Brannan
Catherine Brannan

ADOBE SYSTEMS INCORPORATED'S REQUEST FOR ORDER AUTHORIZING SERVICE OF PROCESS