UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br>         Plaintiff,<br><br>   v.<br><br>SHAMCY ALGHAZZY,<br>         Defendant. | Case No.   15-cv-01443-BLF<br><br>**ORDER VACATING HEARING RE: MOTION FOR PARTIAL DISMISSAL**<br><br>[Re: ECF 19] |

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendant's Motion for Partial Dismissal suitable for submission without oral argument and hereby VACATES the hearing scheduled for December 3, 2015.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge