United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>SHAMCY ALGHAZZY,<br><br>Defendant. | Case No. 15-cv-01443-BLF<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 23, 2016<br>Mediator: Melinda Morton |

IT IS HEREBY ORDERED that the request to excuse defendant Shamcy Alghazzy and his lead counsel, Christopher Liro, from appearing in person at the May 23, 2016, mediation before Melinda Morton is DENIED.

**IT IS SO ORDERED**.

Dated: MAY 12, 2016

_____
Maria-Elena James
United States Magistrate Judge