UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAMCY ALGHAZZY,<br><br>    Defendant. | Case No. 15-cv-01443-BLF<br><br>**ORDER SETTING DEADLINE FOR STIPULATED DISMISSAL OR STATUS UPDATE RE: SETTLEMENT** |

   The Court has been informed that the above-captioned case has settled. The parties shall file a stipulated dismissal or a status update regarding the settlement on or before July 25, 2016.

   **IT IS SO ORDERED.**

Dated: May 26, 2016

_____
BETH LABSON FREEMAN
United States District Judge